UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTINA NEWTON | § |
| | § |
| v. | § CIVIL CASE NO. 4:21-CV-322 |
| | § |
| STATE FARM LLOYDS | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 31, 2022, the Report of the Magistrate Judge, (Dkt. #44), was entered containing proposed findings of fact and recommendation that State Farm Lloyd's Motion to Exclude Testimony of Bob Hovanec, (Dkt. #26), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that State Farm Lloyd's Motion to Exclude Testimony of Bob Hovanec, (Dkt. #26), is **DENIED**.

**So ORDERED and SIGNED this 25th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE