UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTINA NEWTON | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-322 |
| | § | |
| STATE FARM LLOYDS | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 17, 2022, the Report of the Magistrate Judge, (Dkt. #49), was entered containing proposed findings of fact and recommendation that State Farm Lloyds's Motion for Summary Judgment, (Dkt. #36), be granted in part and denied in part. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that State Farm Lloyds's Motion for Summary Judgment, (Dkt. #36), is **GRANTED IN PART**, and each of Plaintiff's Chapter 541 claims under the Texas Insurance Code and Plaintiff's Chapter 542 claims under §§ 542.055, 542.056 and 542.057 of the Texas Insurance Code are **DISMISSED WITH PREJUDICE**. Plaintiff's claims for breach of contract and for violation of §§ 542.058 and 542.060 of the Texas Insurance Code shall proceed to trial.

**So ORDERED and SIGNED this 17th day of June, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE